No. 98–5557. DREAD v. MARYLAND STATE POLICE. Ct. Sp. App. Md. Certiorari denied.

No. 98–5568. SINGLETON v. LEWIS ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–5571. RAY v. TRUSTEES AND OFFICERS OF THE CHERRY CHAPEL UM CHURCH. Sup. Ct. Tex. Certiorari denied.

No. 98–5579. JOHNSON v. COGGINS ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–5582. YANCEY v. GLAZER ET AL. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 98–5587. JOHNSON v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 98–5588. MARR v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 98–5589. NORRIS v. SCHOTTEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–5593. ROLAND v. TEXAS. Sup. Ct. Tex. Certiorari denied.

No. 98–5594. PERRY v. GOODIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–5596. HUMPHREY v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 98–5601. RASHID v. HAWK, DIRECTOR, FEDERAL BUREAU OF PRISONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–5602. RIVERA v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 98–5603. HARRIS v. KING ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 98–5605. ENAND v. AHMAD ET AL. C. A. 4th Cir. Certiorari denied.